AO (Rev. 5/85) Criminal Complaint

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

SERGIO RAMIREZ-VELASQUEZ

**CRIMINAL COMPLAINT**

Case No. 3:21-mj- 1473-PDB

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about October 16, 2021, in Duval County, in the Middle District of Florida, the defendant,

> a citizen of Mexico and an alien in the United States, was found unlawfully present in the United States without first having obtained the consent of the Attorney General or the Secretary of Homeland Security for the United States to apply for admission to or re-enter the United States after having been deported and removed from the United States on or about June 28, 2018, on or about December 7, 2018, and on or about August 31, 2019,

in violation of Title 8, United States Code, Section 1326. I further state that I am a Deportation Officer for the Department of Homeland Security, Immigration and Customs Enforcement, and that this Complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

_____
Signature of Complainant
Luis D. Baez

Sworn to before me and subscribed in my presence,

on October 26th, 2021       at   Jacksonville, Florida

PATRICIA D. BARKSDALE
United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

CRIMINAL COMPLAINT AFFIDAVIT

I, Luis D. Baez, being a duly sworn and appointed Deportation Officer for the Department of Homeland Security, Immigration and Customs Enforcement ("ICE"), hereby make the following statement in support of the attached criminal complaint.

1. Your affiant has been a Deportation Officer since 2015 and before that was an Immigration Enforcement Agent with ICE since 2006. Your affiant has training and experience in the enforcement of the immigration and nationality laws of the United States. In addition, your affiant has training and experience in the preparation, presentation, and service of criminal complaints and arrest warrants.

2. As part of an immigration investigation, your affiant spoke to Officer Rabe of the Jacksonville Sheriff's Office. Officer Rabe is assigned to the 287(g) program at the Duval County Pretrial Detention Facility in Duval County, in the Middle District of Florida. The 287(g) program was authorized under section 287(g) of the Immigration and Nationality Act and permits a state officer to be deputized "to perform a function of an immigration officer in relation to the investigation, apprehension, or detention of aliens in the United States . . . ." 8 U.S.C. § 1357(g).

3. Officer Rabe told your affiant that on October 16, 2021, he was notified that an individual who had identified himself as SERGIO RAMIREZ-VELASQUEZ had been booked into the Duval County jail and had stated during the booking process that he was born in Mexico on a date in October, 1994. Officer

Rabe ran immigration database checks for a person named SERGIO RAMIREZ-VELASQUEZ who was born in Mexico on the date of birth provided and the database checks showed no record that a citizen of Mexico with that name and date of birth had ever been legally admitted into the United States.

4.  On the same date, Officer Rabe entered RAMIREZ-VELASQUEZ's fingerprints into a biometric identification system that compared his fingerprints with the fingerprints of individuals who had been previously encountered by immigration authorities. The system returned a match and reflected that RAMIREZ-VELASQUEZ had previously been encountered and had been assigned an Alien Registration number ("A-number"). Officer Rabe then conducted additional database checks using the A-number and the records reflected that RAMIREZ-VELASQUEZ is a citizen of Mexico who has been previously deported or removed from the United States to Mexico on three occasions. Officer Rabe lodged an ICE detainer against RAMIREZ-VELASQUEZ with the Duval County jail.

5.  On October 18, 2021, the Duval County jail notified ICE Jacksonville that the local charges for RAMIREZ-VELASQUEZ were resolved and that he was ready to be picked up on the ICE detainer. On the same date, RAMIREZ-VELASQUEZ was administratively arrested and transported into ICE custody at the Baker County jail in Macclenny, Florida.

6.  On October 20, 2021, your affiant reviewed a copy of the Alien Registration File ("A-file") for RAMIREZ-VELASQUEZ. An A-file is a central file

maintained by immigration agencies that contains documents related to the interactions and encounters of United States immigration authorities with an alien. Documents in the A-file confirmed that RAMIREZ-VELASQUEZ is a citizen of Mexico who has been deported or removed from the United States three times: on June 28, 2018, through Hidalgo, Texas, on December 7, 2018, through Laredo, Texas, and on August 31, 2019, through Nogales, Arizona. The A-file contained no record that RAMIREZ-VELASQUEZ had ever applied for or received permission from the Attorney General or the Secretary of Homeland Security for the United States to apply for admission to or to re-enter the United States since the time of his last deportation or removal.

7. On October 20, 2021, at approximately 9:55 a.m., your affiant advised Assistant United States Attorney Arnold B. Corsmeier of the foregoing facts and he authorized criminal prosecution of RAMIREZ-VELASQUEZ.

Based upon the foregoing facts, your affiant believes there is probable cause to establish that SERGIO RAMIREZ-VELASQUEZ is a citizen of Mexico who has been found unlawfully present in the United States without first having obtained the consent of the Attorney General or the Secretary of Homeland Security for the United States to apply for admission to or to re-enter the United States after having

been deported and removed from the United States, in violation of Title 8, United States Code, Section 1326.

_____
Luis D. Baez, Deportation Officer
U.S. Immigration and Customs Enforcement
Jacksonville, Florida